1  JOSEPH SCHLESINGER, #87692
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAMON WILLIAMS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   RACHELLE SEELIG
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )  2:12-MJ-00262 CKD
                                )
13              Plaintiff,      )
                                )
14     v.                       )  STIPULATION AND ORDER TO CONTINUE
                                )           BENCH TRIAL
15 RACHELLE SEELIG,             )
                                )
16              Defendant.      )  Date: January 24, 2013
                                )  Time: 9:30 a.m.
17 _____)  Judge: Hon. Carolyn K. Delaney

18

19 IT IS HEREBY STIPULATED between the parties through their respective

20 counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda

21 C. Harter, Chief Assistant Federal Defender, attorney for RACHELLE

22 SEELIG, that the Court continue the January 24, 2013 Bench Trial and

23 set this case for Bench Trial on February 21, 2013 at 9:30 a.m.

24
       Ms. Seelig is charged in this case with two counts, both are Class
25
   B misdemeanors. The Speedy Trial Act, 18 U.S.C. §3162 et. seq. does
26
   not apply to this case. See 18 U.S.C. §3172(2). The current trial
27
   date was set by stipulation between the parties.
28

The ends of justice are best served by allowing a continuance in this matter. Ms. Seelig is attempting to resolve multiple legal issues in multiple courts in California and does not intend to fail to appear in any court. She is unable to obtain a continuance on the state court matter. A denial of the continuance in this matter would require her to choose between failing to appear here or in state court.

Dated: January 8, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RACHELLE SEELIG

Dated: January 8, 2012      BENJAMIN B. WAGNER
                            United States Attorney


/s/Ashwin Janakiram
ASHWIN JANAKIRAM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 8, 2013       /s/ Carolyn K. Delaney
                             Carolyn K. Delaney
                             United States Magistrate Judge

Stipulation and Proposed Order   -2-