| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692<br>Federal Defender |
| 2 | LINDA C. HARTER, Bar #179741<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>DAMON WILLIAMS |
| 4 | Certified Student Attorney<br>801 I Street, 3rd Floor |
| 5 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |

Attorney for Defendant
RACHELLE SEELIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00262 CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE BENCH TRIAL |
| RACHELLE SEELIG, | ) | |
| | ) | |
| Defendant. | ) | Date: February 21, 2013 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the Court continue the February 21, 2013 Bench Trial and set this case for Bench Trial on June 24, 2013 at 9:30 a.m.

Ms. Seelig is charged in this case with two counts, both are Class B misdemeanors. The Speedy Trial Act, 18 U.S.C. §3162 et. seq. does not apply to this case. See 18 U.S.C. §3172(2). The current trial date was set by stipulation between the parties.

The ends of justice are best served by allowing a continuance in this matter. Prosecution needs time to coordinate witnesses and this trial is expected to last more than one day. This new date is the best available solution to these issues.

Dated: February 19, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RACHELLE SEELIG

Dated: February 19, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/Ashwin Janakiram
ASHWIN JANAKIRAM
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 19, 2013

/s/ Carolyn K. Delaney
Carolyn K. Delaney
United States Magistrate Judge

Stipulation and Proposed Order  -2-