OK, BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-00262-CKD |
| Plaintiff, | Order Continuing Court Trial |
| v. | |
| RACHELLE SEELIG, | DATE: June 24, 2013 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: CAROLYN K. DELANEY |

It is hereby ordered that the Court Trial set for June 24, 2013 is CONTINUED to October 7 and 8, 2013 at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE