HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
MICHELLE NAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
RACHELLE SEELIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-MJ-262-CKD |
|---|---|
| Plaintiff, | ) STIPULTION AND ORDER TO VACATE BENCH TRIAL AND SET A CHANGE OF |
| vs. | ) PLEA HEARING |
| RACHELLE SEELIG, | ) Date: October 7, 2013 |
| Defendant. | ) Time: 9:30 AM<br>) Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Michael Stanley, Special Assistant United States Attorney, Ashwin Janakiram, Special United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the court vacate the October 7, 2013 Bench Trial and set a date for a Change of Plea hearing on October 10, 2013 at 9:30 a.m.

/ / /

1
2  Dated: October 3, 2013
3                                             Respectfully submitted,
4                                             HEATHER E. WILLIAMS
                                              Federal Defender
5
6                                             */s/ LINDA C. HARTER*
                                              LINDA C. HARTER
7                                             Assistant Federal Defender
                                              Attorney for Defendant
8                                             RACHELLE SEELIG

9                                             */s/ MICHELLE NAM*
                                              Michelle Nam
10                                            Certified Student Attorney

11 Dated: October 3, 2013
                                              BENJAMIN B. WAGNER
12                                            United States Attorney

13
                                              */s/ Michael Stanley*
14                                            MICHAEL STANLEY
                                              Special Assistant United States Attorney
15
                                              */s/ Ashwin Janakiram*
16                                            Ashwin Janakiram
                                              Special Assistant United States Attorney
17

18
                            **ORDER**
19

20
   IT IS SO ORDERED.
21
   Dated: October 4, 2013
22
                                              _____
23                                            CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28